RICHARD J. SIMONS, ESQ.  SBN: 72676
FURTADO, JASPOVICE & SIMONS
A Law Corporation
22274 Main Street
Hayward, CA  94541
510/582-1080 Telephones
510/582-8254 Facsimile
rick@fjslaw.com

DAVID NYE, ESQ.  SBN: 67009
NYE, PEABODY & STIRLING, LLP
33 W Mission St #201
Santa Barbara, CA 93101
805/963-2345 Telephones
805/563-5385 Facsimile

Attorneys for Plaintiffs
LAUREN FERRARA and ROBIN SMITH

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN FERRARA and ROBIN SMITH | No. C 05-01182 CRB |
| Plaintiffs, | [PROPOSED] ORDER PERMITTING SUBSTITUTION OF ATTORNEYS |
| v. | |
| COUNTY OF SONOMA, et al., | |
| Defendants. | |

The Court having read and considered the Substitution of Attorneys filed May 1, 2006, substituting Furtado, Jaspovice & Simons and Nye, Peabody & Stirling in place of the Law Offices of Hinton, Cochran & Borba as attorneys for plaintiffs Lauren Ferrara and Robin Smith, and good cause appearing therefore;

IT IS HEREBY ORDERED that Furtado, Jaspovice & Simons and Nye, Peabody & Stirling may substitute into this case as attorneys for plaintiffs Lauren Ferrara and Robin Smith in place of the Law Offices of Hinton, Cochran & Borba.

FURTADO, JASPOVICE
& SIMONS
A LAW CORPORATION
22274 MAIN STREET
HAYWARD, CALIF. 94541
(510) 582-1080

[PROPOSED] ORDER PERMITTING
SUBSTITUTION OF ATTORNEYS

1

1   Dated: __May 3, 2006__



2

[PROPOSED] ORDER PERMITTING
SUBSTITUTION OF ATTORNEYS

FURTADO, JASPOVICE
& SIMONS
A LAW CORPORATION
22274 MAIN STREET
HAYWARD, CALIF. 94541
(510) 582-1080