RICHARD J. SIMONS, ESQ. SBN: 72676
FURTADO, JASPOVICE & SIMONS
A Law Corporation
22274 Main Street
Hayward, CA 94541
510/582-1080 Telephones
510/582-8254 Facsimile
rick@fjslaw.com

DAVID NYE, ESQ. SBN: 67009
NYE, PEABODY & STIRLING, LLP
33 W Mission St #201
Santa Barbara, CA 93101
805/963-2345 Telephones
805/563-5385 Facsimile

Attorneys for Plaintiffs
LAUREN FERRARA and ROBIN SMITH

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN FERRARA and ROBIN SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, et al.,<br><br>Defendants. | No. C 05-01182 CRB<br><br>[~~PROPOSED~~] ORDER RE DISMISSAL OF INDIVIDUALLY NAMED DEFENDANTS |

The Court having read and considered the Stipulation Re Dismissal of Individually Named Defendants, and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

This action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii) as to the following individually-named defendants only:

Sheriff Bill Cogbill;

Assistant Sheriff Gary Zanolini;

---

[PROPOSED] ORDER RE DISMISSAL
OF INDIVIDUALLY NAMED DEFENDANTS

1

1  Jail Captain Linda Suvoy;

2  Patrol Captain Dave Sederholm;

3  Lieutenant Paul Day;

4  Lieutenant Dave Edmonds;

5  Lieutenant Philip Lawrence;

6  Lieutenant Michael Toby;

7  Lieutenant Randall Walker;

8  Sergeant Steve Freitas;

9  Sergeant Sandy Geislin;

10 Sergeant Roy Gourley;

11 Sergeant Joe Raya;

12 Steve Brown, sued as a Doe Defendant; and

13 Roger Rude, sued as a Doe Defendant.

15 Dated: June 19, 2006

THE HONORABLE CHARLES R. BREYER
Judge of the United States District Court
Northern District



FURTADO, JASPOVICE
& SIMONS
A LAW CORPORATION
22274 MAIN STREET
HAYWARD, CALIF. 94541
(510) 582-1080

[PROPOSED] ORDER RE DISMISSAL
OF INDIVIDUALLY NAMED DEFENDANTS

2