1  DAVID L. NYE (Bar #67009)
   KAREN K. PEABODY (Bar #187702)
2  **NYE, PEABODY & STIRLING, LLP**
   33 West Mission St., Suite 201
3  Santa Barbara, California 93101
   Telephone: (805) 963-2345
4  Facsimile: (805) 563-5385

5  RICHARD J. SIMONS (SBN: 72676)
   **FURTADO, JASPOVICE & SIMONS**
6  22274 Main Street
   Hayward, CA 94541
7  Telephone: (510) 582-1080

8
   **Attorneys for Plaintiffs**
9  **LAUREN FERRARA and ROBYN SMITH**

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14  LAUREN FERRARA and ROBIN          )   Case No. C 05-01182 CRB
    SMITH,                            )
15                                    )   **STIPULATION AND [PROPOSED]**
                                      )   **ORDER RE CONTINUANCE OF**
16              Plaintiff,            )   **CASE MANAGEMENT**
                                      )   **CONFERENCE**
17       v.                           )
                                      )
18  COUNTY OF SONOMA SHERIFF'S        )
    DEPARTMENT and DOES 1-50          )
19                                    )
                                      )
20              Defendants.           )
                                      )
21

22

23       It is hereby stipulated by the undersigned as follows:

24       1.    There is currently a Case Management Conference set in the above

25             captioned matter for December 1, 2006 at 8:30 a.m.

26       2.    The parties to this action have agreed to mediate the matter before the

27             Honorable Ellen James (ret.).  Due to the trial schedules of involved

28             counsel, this mediation cannot take place before January 22, 2007.

               The parties have agreed that the mediation shall take place between

1    January 22, 2007 and January 31, 2007.

2    3.    It is anticipated that discovery will be completed or substantially

3    completed prior to the mediation, thus if the Case Management

4    Conference is continued until after the mediation, there should be no

5    adverse  impact or delay in setting a trial date.

6    4.    The Case Management Conference set for December 1, 2006 may be

7    continued until a date convenient to the court after January 31, 2007.

8

9    It is so stipulated:

10

11   NYE, PEABODY & STIRLING, LLP        SENNEFF, FREEMAN & BLUESTONE

12

13   By: _____        By: _____

14   David L. Nye                             Bonnie A. Freeman
     Attorney for Plaintiffs                  Attorney for Defendant

15

16

17   IT IS HEREBY ORDERED THAT the case management conference currently

18   scheduled for December 1, 2006 shall be continued until _February 2, 2007 @ 8:30a.m.

19   2007 at 8:30 a.m. in this Department.

20

21   Dated: November _16_. 2006

22

23   By: _____

24   Judge Charles R. Breyer

25

26

27

28

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA