RICHARD J. SIMONS, ESQ.  SBN: 72676
FURTADO, JASPOVICE & SIMONS
A Law Corporation
22274 Main Street
Hayward, CA  94541
510/582-1080 Telephones
510/582-8254 Facsimile
rick@fjslaw.com

DAVID NYE, ESQ.  SBN: 67009
NYE, PEABODY & STIRLING, LLP
33 W Mission St #201
Santa Barbara, CA 93101
805/963-2345 Telephones
805/563-5385 Facsimile

Attorneys for Plaintiffs
LAUREN FERRARA and ROBIN SMITH

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN FERRARA and ROBIN SMITH | No. C 05-01182 CRB |
| Plaintiffs, | STIPULATION AND ORDER |
| v. | |
| COUNTY OF SONOMA, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to the above-entitled action, through their respective counsel, as follows:

1.  That plaintiff Robin Wright does not assert any claim for psychological or psychiatric injury in this action, above and beyond the normal emotional distress arising from the facts and circumstances as described in the Complaint, and that Ms. Wright will not present any expert testimony from any licensed mental healthcare provider at trial in this matter.

STIPULATION AND ORDER                                1

2. That the Defendant County of Sonoma will withdraw its subpoena of records to the Sonoma County Department of Mental Health Services, issued November 14, 2006, and will not conduct any further discovery of records as to licensed mental healthcare providers who may have provided services to plaintiff Robin Wright.

Dated: November 17, 2006

FURTADO, JASPOVICE & SIMONS
A Law Corporation

RICHARD J. SIMONS
Attorneys for Plaintiffs

Dated: November 20, 2006

SENNEFF, FREEMAN & BLUESTONE

BONNIE FREEMAN
Attorneys for Defendants

FURTADO, JASPOVICE
& SIMONS
A LAW CORPORATION
22274 MAIN STREET
HAYWARD, CALIF. 94541
(510) 582-1080

STIPULATION AND ORDER

2

1  IT IS SO ORDERED:

4  THE HONORABLE _____    November 29, 2006
   Judge of the _____ Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

FURTADO, JASPOVICE
& SIMONS
A LAW CORPORATION
22274 MAIN STREET
HAYWARD, CALIF 94541
(510) 582-1080

STIPULATION AND ORDER                    3