

MANUEL FURTADO (1925-1999)
MARTIN L. JASPOVICE
RICK SIMONS

**FURTADO JASPOVICE & SIMONS**
A LAW CORPORATION

22274 MAIN STREET • HAYWARD, CALIFORNIA 94541

TELEPHONE: (510) 582-1080
FACSIMILE: (510) 582-8254
E-MAIL: newclient@fjslaw.com
WEB: www.fjslaw.com

ELYSE PETERS KOWALISHEN
LEGAL ASSISTANT

January 23, 2007

The Honorable Charles R. Breyer
Judge of the United States District Court
Northern District of California
Courtroom 8, 19th Floor
San Francisco, CA 94102

Re:  Ferrera/Smith v. County of Sonoma, et al.
     Case No:           C05-01182 CRB
     Further CMC Date:  February 2, 2007
     Time:              8:30 a.m.

Your Honor:

The above matter is scheduled for private mediation on Wednesday, January 24, 2007, before The Honorable Helen James (Ret.). If a settlement cannot be reached at the mediation, it is respectfully requested that the parties be allowed to file a Joint Case Management Statement no later than Friday, January 26, 2007.

Thank you for your consideration of this request.

Very truly yours,

FURTADO, JASPOVICE & SIMONS
A Law Corporation

RICK SIMONS

RJS:etl

cc:  Bonnie Freeman, Esq.
     David Nye, Esq.

IT IS SO ORDERED

Judge Charles R. Breyer

Jan. 24, 2007

