RICHARD J. SIMONS, ESQ.  SBN: 72676
FURTADO, JASPOVICE & SIMONS
A Law Corporation
22274 Main Street
Hayward, CA 94541
510/582-1080 Telephones
510/582-8254 Facsimile
rick@fjslaw.com

DAVID NYE, ESQ.  SBN: 67009
NYE, PEABODY & STIRLING, LLP
33 W Mission St #201
Santa Barbara, CA 93101
805/963-2345 Telephones
805/563-5385 Facsimile

Attorneys for Plaintiffs
LAUREN FERRARA and ROBIN SMITH

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN FERRARA and ROBIN SMITH | No. C 05-01182 CRB |
| Plaintiffs, | STIPULATION AND ORDER RE CMC |
| v. | |
| COUNTY OF SONOMA, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by the undersigned as follows:

1. There is currently a Case Management Conference set in the above matter for February 2, 2007, at 8:30 a.m.

2. The parties to this action have agreed to mediate the matter before the Honorable Ellen James (Ret.). The mediation was scheduled for January 24, 2007; however, due to the illness of Bonnie Freeman, mediation is being rescheduled as soon as possible at the defendant's request.

FURTADO, JASPOVICE
& SIMONS
A LAW CORPORATION
22274 MAIN STREET
HAYWARD, CALIF. 94541
(510) 582-1080

STIPULATION AND ORDER RE CMC

1

3.   Depositions of defendant and its employees have been deferred pending the mediation. Written discovery has been exchanged and responses served by both parties. Plaintiffs' depositions have been completed.

4.   The CMC set for February 2, 2007, may be continued until a date convenient to the court after March 1, 2007.

Dated: 1-26-07

FURTADO, JASPOVICE & SIMONS
A Law Corporation

RICHARD J. SIMONS
Attorneys for Plaintiffs

Dated: January 25, 07

SENNEFF, FREEMAN & BLUESTONE

BONNIE FREEMAN
Attorneys for Defendants

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for February 2, 2007, shall be continued until __March 02__, 2007, at 8:30 a.m. in this Department.

Dated: Jan. 31, 2007

THE HONORABLE CHARLES R. BREYER
Judge of the United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND ORDER RE CMC

2