IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN FERRARA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF SONOMA SHERIFF'S DEPARTMENT, et al.,<br><br>    Defendants.<br>_____/ | No. C 05-01182 CRB<br><br>**ORDER** |

    The parties hereto, Plaintiff Lauren Ferrara and Defendants, by their counsel, have advised the Court that they have agreed to a settlement of this case.

    IT IS HEREBY ORDERED that this case be dismissed with prejudice as to Plaintiff Lauren Ferrara *only*; provided, however, that if any party hereto shall certify to this Court, within thirty days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

    **IT IS SO ORDERED.**

Dated: March 29, 2007

                                      CHARLES R. BREYER<br>                                      UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1182\order 2.wpd